UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| APRIL C. LEWIS, o/b/o ) <br> D.L.R., JR., a Minor, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting Commissioner of ) <br> Social Security, ) <br>     Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:14-CV-861-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** the court has reviewed the M&R, the record, and the briefs. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 36]. In sum, plaintiff's motion for judgment on the pleadings [D.E. 30] is DENIED, defendant's motion for judgment on the pleadings [D.E. 33] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on February 23, 2016, and Copies To:**

| | |
|---|---|
| Karen Anne Griffin | (via CM/ECF Notice of Electronic Filing) |
| Cathleen C. McNulty | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: | JULIE RICHARDS JOHNSTON, CLERK |
| February 23, 2016 | (By) /s/ Nicole Briggeman <br> Deputy Clerk |